# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUBEN REYES,       ) | |
|     Plaintiff(s)       ) | |
|            ) | |
|     v.       ) | CIVIL ACTION NO. 3:12-cv-30163-KPN |
|            ) | |
| CAROLYN W. COLVIN, Acting,       ) | |
| Commissioner Social of Security       ) | |
| Administration,       ) | |
|     Defendant(s)       ) | |

## JUDGMENT IN A CIVIL CASE

**Kenneth P. Neiman, U.S. M. J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Carolyn W. Colvin, Acting Commissioner, Social Security Administration, against the plaintiff Ruben Reyes, pursuant to the court's memorandum and order entered this date, granting defendant's motion to affirm the decision of the commissioner.

                                                   **ROBERT M. FARRELL**,
                                                   CLERK OF COURT

Dated:  September 30, 2013             /s/ *Maurice G. Lindsay*
                                                  Maurice G. Lindsay
                                                Deputy Clerk

(Civil Judgment (SSA- Routine ) KPN for Defendant.wpd - 11/98)
            [jgm.]